# Court of Appeals
# of the State of Georgia

ATLANTA, April 29, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1595. ISHAQ A. RAHIM v. TOWANDA A. JONES.

This civil action for damages began in magistrate court. Following an adverse ruling, Ishaq Rahim appealed to the superior court, which issued a final order awarding $8,000 to Towanda Jones. Rahim then filed this direct appeal from the superior court's final order. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). And appeals in actions for damages in which the judgment is $10,000 or less likewise require an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Rahim's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Bullock*, 260 Ga. App. at 875; *Jennings*, 235 Ga. App. at 357.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/29/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.